*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MARYLAND*

| | | |
|---|---|---|
| RUTH NIA SHABAZZ | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-3324 |
| | * | |
| OCWEN LOAN SERVICING, LLC, ET AL. | * | |
| | ****** | |

**MEMORANDUM**

Plaintiff has instituted this *pro se* action against various defendants. One of the defendants, Mortgage Electronic Registration Systems, Inc. ("MERS")has filed a motion to dismiss. Plaintiff has opposed the motion. The motion will be granted. Further, because plaintiff has failed to state a claim upon which relief can be granted as to any defendant, the action will be dismissed.[1]

MERS argues that the complaint should be dismissed because service of process upon it was technically improper and because plaintiff's pleading fails to meet the standards set forth in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007). Although these arguments are not without merit, I would not dismiss the complaint based upon them in light of plaintiff's *pro se* status. As a practical matter, it appears clear that MERS is fully aware of this suit, despite the fact that the service of process upon it was technically improper, and that it is well aware that plaintiff's allegation is that the present holder of the mortgage of plaintiff's property does not properly hold the mortgage.

That said, it is also clear that plaintiff has failed to state a claim upon which relief can be

---

[1] It also appears that plaintiff has failed to effect service upon the other defendants in a timely manner.

granted. Another judge in this district has held that the "system of recordation is proper and assignments made through [the MERS] system are valid." *Suss v. JP Morgan Chase Bank, N.A.*, 2010 WL 2733097 at *5 (D. Md. July 9, 2010). The reasoning in that case appears correct, and the decision is dispositive as a matter of law. Plaintiff's only argument on the point is that a plaintiff's claim "must be heard on its own merits in order to preserve justice and the rights of each individual citizen." The doctrine of *stare decisis* is to the contrary. If an issue has been decided properly in one case, it need not be relitigated in a subsequent case.

      A separate order granting MERS' motion to dismiss and dismissing this action as to all defendants is being entered herewith.


Date: January 8, 2013             \_\_\_\_/s/_____
                                              J. Frederick Motz
                                                United States District Judge